

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DONALD DELAHOUSSAYE | CIVIL ACTION 09-1712 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and noting the absence of objections, this Court concludes that the Report and Recommendation and Recommendation of the Magistrate Judge is correct and adopts the finding and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that eh decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED**.

THUS DONE and SIGNED on this 6th day of May, 2011.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA